BRYAN M. MELLOR & others[1] *vs.* CAROL M. BERMAN. March 11, 1982. Because the landlord had in her possession on September 1, 1978, security

---

[1] John Wright, Dana Russell, Stephen Russell.

deposits of the plaintiffs, the provisions of G. L. c. 186, § 15B, as appearing in St. 1978, c. 553, §§ 2-3, applied in regard to the enhanced penalties for wrongful detention of security deposits. *Friedman v. Costello*, 10 Mass. App. Ct. 931 (1980). The defendant's claim that the statute was unconstitutional because of its retroactive effect is without merit where the defendant's obligation to return the security deposits in a proper manner materialized on June 20, 1979, some ten months after the statute went into effect.

*Judgment affirmed.*

*Michael G. West* for the defendant.
*Mark T. Flahive* for the plaintiffs.